IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH F. PHILLIP, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | NO. 2:06-CV-00126 |
|    Defendant. | : | |

ORDER

AND NOW, this   31st  day of July 2006, upon consideration of the parties' cross-motions for summary judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, it is hereby ORDERED that:

1. The Report and Recommendation (Doc. No. 8) is APPROVED and ADOPTED.

2. The Plaintiff's Motion for Summary Judgment (Doc. No. 5) is DENIED.

3. The Defendant's Motion for Summary Judgment (Doc. No. 6) is GRANTED.

                              BY THE COURT:

                              /S/LEGROME D. DAVIS

                              Legrome D. Davis, J.